FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Michael.albanese@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN DETJE, | CIVIL NO. 14-00126 HG RLP |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES AND ORDER |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND ALL PARTIES AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiff DAWN DETJE (hereinafter "Plaintiff") and Defendant UNITED STATES OF AMERICA (hereinafter "Defendant"), through their respective counsel, that the Complaint filed herein by Plaintiff on March 12, 2014, be hereby dismissed, with prejudice; and all other claims whatsoever field herein, be hereby dismissed, with prejudice.

This Stipulation for Dismissal is based on Fed. R. Civ. P. 41(a)(1)(A)(ii) and has been signed by counsel for all parties who have made an appearance in this action.  Each party agrees

to bear their own costs.  There are no remaining parties and/or issues.

    DATED: Honolulu, Hawaii, December 1, 2015.

                  /s/ Allen K. Williams
                _____
                ALLEN K. WILLIAMS
                Trecker & Fritz
                ATTORNEY FOR PLAINTIFF
                DAWN DETJE

    DATED: Honolulu, Hawaii, December 2, 2015.

                FLORENCE T. NAKAKUNI
                United States Attorney
                District of Hawaii

                 /s/ Michael F. Albanese
                _____
                MICHAEL F. ALBANESE
                Attorneys for Defendant
                UNITED STATES OF AMERICA


APPROVED AND SO ORDERED.
Dated: December 3, 2015, Honolulu, Hawaii.



                  /s/ Helen Gillmor
                Helen Gillmor
                United States District Judge

_____
*Dawn Detje v. United States of America,* Civil No. 14-00126 HG RLP, *STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES AND ORDER.*